UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT ARTMAN,<br><br>Defendant. | Case No. 2:15-cr-00174-KJD-BNW<br>2:18-cr-0022-KJD-BNW<br>2:18-cr-0023-KJD-BNW<br><br>ORDER |

Presently before the Court are Defendant's Motions for Appointment of Counsel and Motions to Seal (ECF No. 485 and 486, 2:15-cr-00174-KJD-BNW); (ECF Nos. 23 and 24, 2:18-cr-0022-KJD-BNW); (ECF Nos. 138 and 139, 2:18-cr-0023-KJD-BNW).

On January 13, 2025, the Court granted the underlying motions to terminate supervised release in these cases. Inadvertently, the orders addressing the motions to appoint counsel and seal were not filed. Good cause being found, the Court grants the motions to appoint counsel. Further, the Court finds compelling reasons and good cause, pursuant to *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and Local Rule 10-5, to grant Artman's motions to seal.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motions for Appointment of Counsel and Motions to Seal (ECF Nos. 485 and 486, 2:15-cr-00174-KJD-BNW); (ECF Nos. 23 and 24, 2:18-cr-0022-KJD-BNW); (ECF Nos. 138 and 139, 2:18-cr-0023-KJD-BNW) are **GRANTED nunc pro tunc**.

DATED: June 26, 2025.

_____
Kent J. Dawson
United States District Judge